E-FILED: **5/6/10**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Federico L. Causing, et al.* ) | **CASE NO. CV 09-5274-GHK (VBKx)** |
| **Plaintiffs,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| ) | |
| *Finance America, LLC, et al.* ) | |
| **Defendants.** ) | |
| _____ ) | |

Pursuant to our January 27, 2010 Order granting Defendants Wells Fargo Bank, National Association ("Wells Fargo"), American Home Mortgage Servicing, Inc. ("American Home"), and AHMSI Default Services, Inc.'s ("AHMSI") Motion to Dismiss against Plaintiffs Federico Causing and May Causing (collectively, "Plaintiffs"), **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE** with respect to Defendants Wells Fargo, American Home, and ASMSI.

Pursuant to our February 11, 2010 Order dismissing Defendants Real Time Solutions, Inc. ("Real Time") and Finance America, LLC ("Finance") for failure to

prosecute, **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendants Real Time and Finance.

Pursuant to our May 6, 2010 Order dismissing Defendant Georgetown Funding, Inc. ("Georgetown") for failure to prosecute and violation of this Court's Order, **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendant Georgetown.

**IT IS SO ORDERED**.

DATED: May 6, 2010

_____
GEORGE H. KING
United States District Judge

2